IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Semiconductor Packaging Technologies LLC, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § Civil Action No.  1:11-cv-01115 |
| | § |
| Advanced Micro Devices, Inc., | § **Jury Trial Demanded** |
| | § |
| Defendant. | § |

## PLAINTIFF'S RULE 7.1 DISCLOSURE

Plaintiff Semiconductor Packaging Technologies LLC, ("STP") files this disclosure statement pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and states the following:

1. Plaintiff STP is a wholly-owned subsidiary of Acacia Research Group, LLC, which is owned by Acacia Research Corporation, a publicly-held corporation.

Respectfully submitted,

Dated:  December 28, 2011

By: /s/ Adam G. Price
Andrew G.  DiNovo
Texas State Bar No. 00790594
Adam G. Price
Texas State Bar No. 24027750
**DiNovo Price Ellwanger & Hardy LLP**
7000 N.  MoPac Expressway, Suite 350
Austin, Texas  78731
Telephone:  (512) 539-2626
Telecopier:  (512) 539-2627

1