IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| SEMICONDUCTOR PACKAGING TECHNOLOGIES LLC, | § § § |
| Plaintiff, | § § Civil Action No. 1:11-cv-01115-SS |
| v. | § § Jury Trial Demanded |
| ADVANCED MICRO DEVICES, INC., | § § |
| Defendant. | § |

## ORDER

The Notice of Dismissal by Plaintiff Semiconductor Packaging Technologies LLC ("SPT") has been filed in accordance with Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, this lawsuit is hereby dismissed without prejudice.

Signed this the 2nd day of March, 2012.

THE HONORABLE SAM SPARKS
UNITED STATES DISTRICT COURT